IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALEXANDER R. KURSAR <br> #17-2345 Cranley Drive <br> Surrey, BC V4A 9G5 <br> Canada <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF THE ARMY <br> The Pentagon <br> Washington, D.C. 20330-1000 <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-2005 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780