IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER R. KURSAR**<br>#17-2345 Cranley Drive<br>Surrey, BC V4A 9G5<br>Canada<br><br>        **Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF THE ARMY**<br>The Pentagon<br>Washington, D.C. 20330-1000<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2005 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case alleging the Army violated the Privacy Act, 5 U.S.C. § 551a(g)(1). Defendant respectfully moves this Court for a thirty-day (30) enlargement of time, through and including March 20, 2008, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

    1. Defendant's answer, motion or other response to the Complaint is presently due February 19, 2008.

    2. Defendant has been diligently working on this matter; however, the alleged disclosure in Plaintiff's Complaint is said to have occurred while the military unit involved was deployed to Iraq. The Defendant is still working with the agency to gather relevant facts concerning the incident.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    4. This is the first enlargement of time sought in this matter.

5. Plaintiff consents to the enlargement.

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER R. KURSAR**<br>**#17-2345 Cranley Drive**<br>**Surrey, BC V4A 9G5**<br>**Canada**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**DEPARTMENT OF THE ARMY**<br>**The Pentagon**<br>**Washington, D.C. 20330-1000**<br><br>            **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-2005 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including March 20, 2008, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2007.

_____
Emmet G. Sullivan
United States District Judge

Copies to:
Parties via ECF and first class mail