IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER R. KURSAR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2005 (EGS) |
| ) | |
| DEPARTMENT OF THE ARMY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S ANSWER

COME NOW the Defendant, through its undersigned attorneys, and hereby answers and otherwise responds to Plaintiff's Complaint. Defendant denies each and every allegation in the Complaint that is not specifically admitted or otherwise qualified. Defendant reserves the right to assert any affirmative or other defense that becomes known through discovery and to seek leave to amend its Answer to allege any such defense and to assert any other defense, claims, cross-claims and counterclaims as discovery and the evidence may merit.

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted because he fails to allege an adverse effect.

### SECOND DEFENSE

Plaintiff's claims lack proximate cause.

### THIRD DEFENSE

Plaintiff has failed to mitigate his damages.

## FOURTH DEFENSE

Plaintiff is not entitled to a jury trial under the Privacy Act.

## FIFTH DEFENSE

Defendant is entitled to all immunities available under federal constitutional, statutory and decisional law.

## SIXTH DEFENSE

Plaintiff's own bad acts are the proximate cause of any alleged damages.

## SEVENTH DEFENSE

Plaintiff's Complaint is barred by the Statute of Limitations.

## EIGHTH DEFENSE

Without waiving any defense, Defendant responds to the specifically numbered paragraphs of the Complaint, and Admits, Denies, and Avers as follows:

**Jurisdiction**

1. The allegations contained in paragraph 1 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

**Venue**

2. The allegations contained in paragraph 2 constitute conclusions of law to which no response is required. To the extent they are deemed allegations of fact, they are denied.

**Parties**

3. Admit the allegations contained in paragraph 3 to the extent that Plaintiff served in the Active Army, Army Reserve, and National Guard between August 1982 and July 1995;

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 3.

    4.  Admit.

## Statute of Limitations

    5.  The allegations contained in the first sentences of paragraph 5 constitute conclusions of law to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of paragraph 5. The allegations contained in the third sentences of paragraph 5 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

## Statutory Framework

    6.  Admit the allegations contained in paragraph 6 to the extent supported by the statute cited, which is the best evidence of its contents.  Otherwise Deny the allegations contained in paragraph 6.

    7.  The allegations contained in paragraph 7 constitute conclusions of law to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

    8.  The allegations contained in paragraph 8 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

    9.  Admit the allegations contained in paragraph 9 to the extent supported by the statute cited, which is the best evidence of its contents. Otherwise Deny the allegations contained in paragraph 9.

10. The allegations contained in paragraph 10 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

12. The allegations contained in paragraph 12 constitute conclusions of law and Plaintiff's characterization of the case, to which no response is required. To the extent they may be deemed allegations of fact, they are denied.

### The Unlawful and Intentional Release of Information

13. Admit.

14. Admit.

15. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15.

16. Admit the allegations contained in paragraph 16 to the extent that Plaintiff was the subject of an Army Regulation 15-6 investigation and avers that said investigation was begun in November 1995 and was based on not only whether Plaintiff misrepresented his status as a Drug Enforcement Administration Agent to the cadre of the Special Forces Combat Diver Qualification Course, but also into several other misrepresentations of his qualifications to the Washington National Guard.

17. Admit that Plaintiff was separated from the Washington National Guard but Deny that it was solely because of the Army Regulation 15-6 investigation and avers that Plaintiff was

separated because of his misconduct.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in  paragraph 22.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of paragraph 24; Deny the remaining allegations contained in paragraph 24.

25. Deny.

26. Deny the allegations contained in the first sentence of paragraph 26 Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26.

27. Deny.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth

of the allegations contained in paragraph 28.

29. The allegations contained in the first sentence of paragraph 29 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied. Deny the remaining allegations contained in the second sentence of paragraph 29.

30. Admit to the extent that the Washington National Guard and Human Resources command maintained military records of the Plaintiff. Otherwise Deny the allegations contained in paragraph 30.

31. The allegations contained in the first sentence of paragraph 31 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied. Deny the allegations contained in the second sentence of paragraph 31.

32. Deny.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33.

34. The allegations contained in paragraph 34 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

35. The allegations contained in paragraph 35 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

36. The allegations contained in paragraph 36 constitute conclusions of law and

Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37.

**Count 1**

38. With respect to the first cause of paragraph 38, Defendant's responses to paragraphs 1 through 37 are incorporated by reference.

39. The allegations contained in paragraph 39 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39.

40. The allegations contained in paragraph 40 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

41. The allegations contained in paragraph 41 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

42. The allegations contained in paragraph 42 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

43. The allegations contained in paragraph 43 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are

deemed allegations of fact, they are denied.

44. The allegations contained in paragraph 44 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

45. The allegations contained in paragraph 45 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

## Count II

46. With respect to the first cause of paragraph 46, Defendant's responses to paragraphs 1 through 45 are incorporated by reference.

47. The allegations contained in paragraph 39 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, Defendant Admits HRC, ST. Louis, maintained records regarding Plaintiff.

48. The allegations contained in paragraph 48 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

49. The allegations contained in paragraph 49 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

50. The allegations contained in paragraph 50 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are

deemed allegations of fact, they are denied.

51. The allegations contained in paragraph 51 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52.

53. The allegations contained in paragraph 53 constitute conclusions of law and Plaintiff's characterization of his case, to which no response is required. To the extent they are deemed allegations of fact, they are denied.

## Prayer for Relief

54. Deny that Plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 53, or to any relief whatsoever.

55. Deny each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, Defendant requests that the Court enter judgment in its favor, order that the Complaint be dismissed, and grant Defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895
*Attorneys for Defendant*

Of Counsel:
MAJOR LANNY ACOSTA, JR
Department of the Army
U.S. Army Litigation Division