REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO: 07-2005 | DATE REFERRED: 5/12/08  DISPOSITION DATE: | PURPOSE: MEDIATION | JUDGE: EMMET G. SULLIVN | MAG. JUDGE ALAN KAY |
| PLAINTIFF(S): ALEXANDER KURSAR | | DEFENDANT(S): DEPT OF THE ARMY | | |
| ENTRIES: | | | | |